# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

MARIAN ORR,

                       Plaintiffs,

vs.

NEVADA STATE BOARD OF OSTEOPATHIC
MEDICINE, et al.,

                       Defendants.

2:12-cv-02119-MMD-VCF

**MINUTE ORDER**

Before the Court is *Marian Orr v. Nevada State Board of Osteopathic Medicine, et al.*, case no. 2:12-cv-02119-MMD-VCF.

IT IS HEREBY ORDERED that a pretrial conference hearing is scheduled for 10:00 a.m., December 9, 2013, in Courtroom 3D.

DATED this 13th day of November, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE