1

2                       **UNITED STATES DISTRICT COURT**

3                              **DISTRICT OF NEVADA**

4                                      **\*\*\***

5

6    MARIAN ORR,

7                    Plaintiffs,            2:12-cv-02119-MMD-VCF

8    vs.                                    **MINUTE ORDER**

9    NEVADA STATE BOARD OF OSTEOPATHIC
     MEDICINE, et al.,

10

11                  Defendants.

            Before the Court is *Marian Orr v. Nevada State Board of Osteopathic Medicine, et al.*, case no.
12
     2:12-cv-02119-MMD-VCF.
13
            IT IS HEREBY ORDERED that a pretrial conference hearing is scheduled for 10:00 a.m.,
14
     December 9, 2013, in Courtroom 3D.
15
            DATED this 13th day of November, 2013.
16
                                                    _____
17                                                  CAM FERENBACH
                                                    UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25