Michael K. Naethe, Esq.
Nevada State Bar No. 11222
**O'REILLY LAW GROUP, LLC**
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Facsimile: (702) 384-6266

(FORMER) Attorney for Marian Orr, D.O.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIAN ORR, D.O., | CASE NO.: 2:12-cv-02119-GMN-VCF |
| Plaintiff, | |
| vs. | **MOTION TO WITHDRAW AND REMOVE ATTORNEY MICHAEL K. NAETHE FROM CM/ECF SERVICE LIST AND COURT DOCKET** |
| NEVADA STATE BOARD OF OSTEOPATHIC MEDICINE ET AL., | |
| Defendants. | |

The undersigned hereby requests that attorney Michael K. Naethe of the law firm O'Reilly Law Group, LLC, formerly of the law firm Law Office of Jacob Hafter & Associates, be removed from the Court's docket and CM/ECF service list(s) as Mr. Naethe is no longer associated with the law firm the Law Office of Jacob Hafter & Associates or counsel for Dr. Orr.

DATED: March 23, 2014.     **O'REILLY LAW GROUP, LLC**


By: ___/s/ Michael K. Naethe_____
Michael K. Naethe, Esq.
Nevada Bar No. 11222
(FORMER) Attorney for Marian Orr, D.O.

IT IS SO ORDERED.

[signature]

UNITED STATES MAGISTRATE JUDGE
DATED:     3-24-2014

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing **MOTION** was made on the 23rd day of March, 2014 via the United States District Court's CM/EF electronic filing system.

                         __/s/ Michael K. Naethe_____
                         An Employee of O'REILLY LAW GROUP, LLC

Law Offices
O'REILLY LAW GROUP, LLC
A NEVADA LIMITED LIABILITY COMPANY INCLUDING CORPORATIONS
325 South Maryland Parkway •Las Vegas, Nevada 89101
Telephone (702) 382-2500 •Facsimile (702) 384-6266