**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIAN ORR, D.O., ) <br> ) <br>        Plaintiff, ) <br> vs. ) <br> ) <br> NEVADA STATE BOARD OF ) <br> OSTEOPATHIC MEDICINE *et al.*, ) <br> ) <br>        Defendants. ) <br> ) | Case No.: 2:12-cv-2119-GMN-VCF <br><br> **ORDER** |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Cam Ferenbach (ECF No. 52), entered on December 5, 2016.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

1 **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 52) is
2 **ACCEPTED and ADOPTED in full**.
3 **IT IS FURTHER ORDERED** that Defendant Nevada State Board of Osteopathic
4 Medicine's ("Defendant's") Motion to Attorney's Fees (ECF No. 40) is **GRANTED**.
5 **IT IS FURTHER ORDERED** that Defendant shall be awarded attorney's fees in the
6 amount of $8,002.00.
7 The Clerk of Court shall enter judgment accordingly.

9 **DATED** this  28  day of December, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court