AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Marian Orr

　　　　　　　　　Plaintiff,

V.

Nevada State Board of Osteopathic Medicine, et al.

　　　　　　　　　Defendants.

**JUDGMENT IN A CIVIL CASE**
FOR ATTORNEY'S FEES

Case Number: 2:12-cv-02119-GMN-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

　IT IS ORDERED AND ADJUDGED

that judgment has been entered in favor of the Defendant, Nevada State Board of Osteopathic Medicine in the amount of $8,002.00 in attorney's fees.

December 28, 2016　　　　　　　　　　　　　　　　/s/ Lance S. Wilson

Date　　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ ADR

　　　　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk